**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RONNY ALEXANDER RAMIREZ CANALES, | | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03748 |
| | § | |
| MENESES LAW, PLLC; MENESES | § | |
| ENTERPRISES, LLC; FRANCES CHRISTINE | § | |
| MENESES; JULIO CARLOS MENESES; | § | |
| RACHEL VICTORIA ROBERTSON; | § | |
| DIANA ALFONSO; and | § | |
| JANE DOE a/k/a "Dra. Acosta," | § | |
| Defendants. | § | |

**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Ronny Alexander Ramirez Canales ("Plaintiff"), by and through undersigned counsel, files this Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (the "Amended Motion to Dismiss") and for immediate consideration thereof.

1. Plaintiff filed the Complaint in this case on May 8, 2026. (ECF No. 1).

2. On June 12, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint. (ECF No. 4).

3. On July 3, 2026, Plaintiff filed his First Amended Complaint. (ECF No. 10).

4. On July 17, 2026, Defendants filed their Amended Motion to Dismiss (ECF No. 7). The Amended Motion to Dismiss supersedes the prior Motion to Dismiss.

5. Plaintiff's Response to the Amended Motion to Dismiss is currently due on August 7, 2026.

6. Additional counsel has recently been retained to assist Plaintiff in this matter and is currently in the process of preparing their appearances before this Court. Gary Mouw and Perrin Rynders of Varnum LLP will be principally responsible for drafting Plaintiff's Response to the Amended Motion to Dismiss. Mr. Mouw and Mr. Rynders are currently in the process of being admitted to this Court and have not yet been able to file an appearance.

7. Mr. Mouw and Mr. Rynders also require additional time to review the pleadings, the Amended Motion to Dismiss, and the applicable authority to prepare a substantive response.

8. Undersigned counsel has conferred with defense counsel and requested time to respond to the Amended Motion to Dismiss. Defense counsel has agreed to a seven (7) day extension, extending the deadline to respond to the Amended Motion to Dismiss to, at minimum, August 14, 2026. See Certificate of Conference filed following the instant Motion.

9. Plaintiff further notes that the Court's docket identifies two additional cases as "related cases": *Martinez Garcia v. Meneses Law, PLLC*, *et al.*, No. 4:26-cv-03531 and *Acosta v. Meneses Law, PLLC, et al.*, No. 4:26-cv-03930.

10. Motions to Dismiss Plaintiff's First Amended Complaint are currently pending in both related cases, with response deadlines of August 7, 2026 and August 24, 2026, respectively.

11. These are highly similar cases involving overlapping claims, defendants, and defense counsel, and granting the extension would reduce the burden on all parties, who would otherwise be required to prepare substantially similar briefs and response briefs with inconsistent deadlines.

12. Accordingly, Plaintiff is seeking additional time to respond to the Amended Motion to Dismiss and would like the court to recognize, at minimum, August 14, 2026 as the deadline.

13. However, to ensure consistency when drafting responses in related cases, Plaintiff respectfully requests an extension of the deadline to respond to the Amended Motion to Dismiss of seventeen (17) days, extending the deadline from August 7, 2026 to August 24, 2026, the response deadline to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in *Acosta v. Meneses Law, PLLC, et al.*, No. 4:26-cv-03930.

For the foregoing reasons, Plaintiff files this Emergency Motion and respectfully requests that the Court extend Plaintiff's deadline to file a Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 11) to August 24, 2026. Plaintiff further requests that this Court give this Motion immediate consideration. The current response deadline is August 7, 2026. Without immediate consideration, the deadline will pass before the Court has an opportunity to rule, potentially resulting in Plaintiff's response being deemed untimely.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Robert Anthony Alvarez Sr.*
Robert Anthony Alvarez Sr.
Attorney-in-Charge
Avanti Law Group, PLLC
S.D. Tex. Bar No. 3961057
Michigan Bar No. P66954
600 28th Street SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com

*Attorney for Plaintiff Ana Yeimi Martinez Garcia*